## A93A1017. DANIELS v. THE STATE.
(451 SE2d 128)

BEASLEY, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Daniels v. State*, 264 Ga. 460 (448 SE2d 185) (1994), the decision in *Daniels v. State*, 211 Ga. App. 23 (438 SE2d 99) (1993), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Pope, C. J., McMurray, P. J., Birdsong, P. J., Andrews, Johnson, Blackburn, Smith and Ruffin, JJ., concur.*

DECIDED NOVEMBER 14, 1994.

*Rosemary E. Myers,* for appellant.
*Kenneth W. Mauldin, Solicitor,* for appellee.